IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                             CASE NO. 18-40584TLH4

MARTIN, ROBIN MICHELLE                             CHAPTER 7

    Debtor(s)
_____/

### ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORIZATION TO PAY NON-ESTATE OR EXEMPT FUNDS TO DEBTOR(S) (Doc. 30)

THIS CAUSE having come before the Court upon Trustee's Motion for Authorization to Pay Non-Estate or Exempt Funds to Debtor(s) (Doc. 30), no hearing being required, and the Court being otherwise fully advised in the premises, it is

ORDERED:

1. The Motion for Authorization to Pay Non-Estate or otherwise, Exempt Funds to Debtors is GRANTED.

2. The Trustee is authorized to pay the Debtors in the amount of $127.44.

DONE AND ORDERED on this __July 31, 2020_____.

_____
KAREN K. SPECIE
United States Bankruptcy Court

Trustee is directed to serve a copy of this order on interested parties and file a certificate of service within three (3) days of entry of the order.

Prepared by:
THERESA M. BENDER
Copies to:
U.S. Trustee
Theresa M. Bender, Trustee
Debtor's Counsel
Debtors